UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB ANDREW JOHNSTON,

              Plaintiff,

   v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

              Defendants.

Case No. C25-1381-TL-MLP

REPORT AND RECOMMENDATION

     Plaintiff Jacob Andrew Johnston has submitted to the Court for filing a prisoner civil rights complaint under 42 U.S.C. § 1983 along with an application to proceed *in forma pauperis* ("IFP"). (Dkt. ## 4, 4-1.) Plaintiff's proposed complaint appears to take issue with how the United States Department of Education teaches American students about history related to race, and seeks to have material added to textbooks. (*See* dkt. # 4-1.)

     Pursuant to 28 U.S.C. § 1915A, the Court is required to review Plaintiff's proposed complaint to determine if he has stated any cognizable claims for relief in his pleading. After screening Plaintiff's proposed complaint, this Court determined that Plaintiff had not stated any claim upon which relief could be granted. Thus, on August 6, 2025, the Court issued an Order directing Plaintiff to show cause why his complaint and this action should not be dismissed.

REPORT AND RECOMMENDATION - 1

(Dkt. # 5.) The Court explained in the Order to Show Cause that, in order to sustain a cause of action under 42 U.S.C. § 1983, a plaintiff must show that (1) he suffered a violation of rights protected by the Constitution or created by federal statute, and (2) the violation was proximately caused by a person acting under color of state law. (*Id.* at 2.) Although Plaintiff claimed he was "offended," he did not identify any federal right that was violated. (*Id.*)

In response to the Order to Show Cause, Plaintiff submitted two documents. (Dkt. ## 6-7.) One appears to be a response to the Order to Show Cause (dkt. # 6), and the other appears to be a proposed motion to amend the complaint (dkt. # 7). Consistent with the complaint, both submissions indicate that Plaintiff identifies himself as a "mulatto" person who is deeply offended that after studying United States history he learned little or no information about mulatto people. (Dkt. ## 6-7.) Plaintiff alleges that few people know what a mulatto is, which is "damaging to Plaintiff[.]" (Dkt. # 6.) These vague, conclusory allegations fail to identify what right Plaintiff believes was violated, or how such violation was caused by any of the named defendants.

Construing Plaintiff's second submission as a motion to amend the complaint, the Court finds the amendment does not remedy the deficiencies in the original complaint. Plaintiff alleges the Department of Education's failure to educate students about mulattos is a "discriminatory act" that "affects Plaintiff." (Dkt. # 7) He further alleges that he is a "victim to poverty" and that mulattos suffer the most poverty compared to other races. (*Id.*) None of these allegations identify a violation of Plaintiff's federal rights or how any named defendant caused such a violation. This Court concludes that Plaintiff has failed to state a claim upon which relief may be granted under § 1983.

Accordingly, this Court recommends as follows:

(1)     Plaintiff's proposed complaint (dkt. # 4-1) and this action be DISMISSED, without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), and this dismissal be counted as a strike under 28 U.S.C. § 1915(g);

(2)     Plaintiff's IFP application (dkt. # 4) be DENIED as moot; and

(3)     Plaintiff's proposed motion to amend the complaint (dkt. # 7) be DENIED.

A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 17, 2025**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable Tana Lin.

Dated this 27th day of August, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge