UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB ANDREW JOHNSTON,

            Plaintiff,

  v.

UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,

            Defendants.

Case No. C25-1381-TL-MLP

ORDER ON REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 8).

(2)     Plaintiff's proposed complaint (Dkt. No. 4-1) and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). This dismissal is counted as a strike under 28 U.S.C. § 1915(g).

(3)     Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 4) is DENIED as moot.

(4)     Plaintiff's proposed motion to amend the complaint (Dkt. No. 7) is DENIED.

ORDER ON REPORT AND RECOMMENDATION – 1

(5)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 18th day of September, 2025.

Tana Lin
United States District Judge

ORDER ON REPORT AND RECOMMENDATION – 2